```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 07966
   JILL MARIE CONCES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5821


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 03/02/2004 and was confirmed 04/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.13%.

     The case was paid in full 12/22/2008.
----------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
----------------------------------------------------------------------
RAMSEY LAW FIRM PC         NOTICE ONLY         .00             .00          .00
CAPITAL ONE AUTO FINANCE   SECURED        16719.00         6633.79    16719.00
ASSOCIATED ALLERGISTS      UNSECURED      NOT FILED           .00          .00
CAPITAL ONE BANK           UNSECURED        1520.52           .00       169.16
UNITED STUDENT AID FUNDS   FILED LATE          .00            .00          .00
HOUSEHOLD BANK             UNSECURED      NOT FILED           .00          .00
ECAST SETTLEMENT CORP      UNSECURED        1921.58           .00       213.78
TERRY EBERT MD             UNSECURED      NOT FILED           .00          .00
CAPITAL ONE AUTO FINANCE   UNSECURED OTH    201.59            .00        22.42
CAPITAL ONE BANK           UNSECURED        564.84            .00        62.84
CAPITAL ONE BANK           UNSECURED        307.85            .00        34.25
CAPITAL ONE BANK           UNSECURED        396.80            .00        44.14
UNITED STUDENT AID FUNDS   FILED LATE      16691.10           .00          .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,200.00                    2,200.00
TOM VAUGHN                 TRUSTEE                                     1,620.63
DEBTOR REFUND              REFUND                                        418.03

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE              28,138.04

PRIORITY                                         .00
SECURED                                    16,719.00
   INTEREST                                 6,633.79
UNSECURED                                     546.59
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                        1,620.63
DEBTOR REFUND                                 418.03
                     ---------------      ---------------
TOTALS               28,138.04             28,138.04

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 07966 JILL MARIE CONCES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/09/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 07966 JILL MARIE CONCES